**Buck Daniel MOORE, Plaintiff–Appellant,**

v.

**JORDET; et al., Defendants–Appellees.**

**No. 12–35270.**

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2013.*

Filed April 23, 2013.

Buck Daniel Moore, Pendleton, OR, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, IKUTA, and WATFORD, Circuit Judges.

### MEMORANDUM **

Oregon state prisoner Buck Daniel Moore appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging constitutional violations concerning his conditions of confinement. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000) (dismissal under 28 U.S.C. § 1915A); *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998) (order) (dismissal under 28 U.S.C. § 1915(e)(2)). We affirm.

The district court properly dismissed Moore's action because the amended complaint did not "contain[ ] enough facts to state a claim to relief that is plausible on its face." *Hebbe v. Pliler,* 627 F.3d 338, 341–42 (9th Cir.2010) (citation and internal quotation marks omitted) (noting obligation to construe pro se pleadings liberally).

Moore's request for appointment of counsel is denied.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.